UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL AUTHOR KEITH,

    Plaintiff,

v.                                              Case No. 8:24-cv-1858-TPB-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on the report and recommendation of Sean P. Flynn, United States Magistrate Judge. (Doc. 14). Judge Flynn recommends that the Court grant the Commissioner of Social Security's "Motion for Summary Judgment" (Doc. 7). No objections to the report and recommendation were filed, and the time to object has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error.

*Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

After careful consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, the Commissioner's motion for summary judgment is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judge Flynn's report and recommendation (Doc. 14) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The Commissioner of Social Security's "Motion for Summary Judgment" (Doc. 7) is **GRANTED**.

3. The Clerk is directed to enter judgment in accordance with this Order and close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>18th</u> day of April, 2025.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE